

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA



FILED

JAN 09 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v.  SHENG THAO, Et Al,

**CASE NUMBER:**

CR

CR 25 0003

YGR

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes ✓ | No |
| **Total Number of Defendants:** | 1 | 2-7 ✓   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF | OAK ✓   SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ |
| **Is this a RICO Act gang case?** | Yes | No ✓ |

**Assigned AUSA (Lead Attorney):** Abraham Fine & Molly K. Priedeman   **Date Submitted:** 1/9/2025

**Comments:**

RESET FORM        SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)