1  PATRICK D. ROBBINS (CABN 152288)
   Attorney for the United States
2  Acting under Authority Conferred by 28 U.S.C. § 515

3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4
   ABRAHAM FINE (CABN 292647)
5  MOLLY PRIEDEMAN (CABN 302096)
   LLOYD FARNHAM (CABN 202231)
6  Assistant United States Attorneys

7       1301 Clay Street, Suite 340S
        Oakland, California 94612
8       Telephone: (510) 637-3717
        FAX: (510) 637-3724
9       Abraham.fine@usdoj.gov
        Molly.priedeman@usdoj.gov
10      Lloyd.farnham@usdoj.gov

11 Attorneys for United States of America

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14                                  OAKLAND DIVISION

15

16
   UNITED STATES OF AMERICA,           )  NO. 25-CR-0003-YGR
17                                     )
        Plaintiff,                     )  UNITED STATES' NOTICE RE UNSEALING
18                                     )  AND [PROPOSED] ORDER
        v.                             )
19                                     )
   SHENG THAO,                         )
20 ANDRE JONES,                        )
   DAVID TRUNG DUONG, AND              )
21 ANDY HUNG DUONG,                    )
                                       )
22      Defendants.                    )
                                       )
23

24

25

26

27

28

UNITED STATES' NOTICE RE UNSEALING AND [PROPOSED] ORDER
25-CR-0003-YGR

1  The sealing order in the above-captioned case states that the indictment and arrest warrants shall
2  be unsealed after the United States has filed a notice with the Court confirming that defense counsel for
3  one or more of the defendants have been notified of the pending charging. The United States hereby
4  notifies the Court that counsel for one or more of the defendants have been so notified. Accordingly, per
5  the sealing order, the indictment and arrest warrants are now unsealed. The United States respectfully
6  requests that the Clerk unseal the indictment and have it appear on the public docket.

PATRICK D. ROBBINS
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

Dated: January 16, 2025

/s/
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys

**[PROPOSED] ORDER**

For the reasons set forth above, the Clerk shall please unseal the indictment in the above-captioned case.

Dated: January __, 2025

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge