**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| TO: | The Honorable Kandis A. Westmore<br>U.S. Magistrate Judge | RE: | JONES, Andre |
| FROM: | Allyse Johnson<br>U.S. Pretrial Services Officer Assistant | Docket No.: | 4:25-cr-00003-YGR-2 |
| Date: | February 4, 2025 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Allyse Johnson                                       415-436-7508

U.S. Pretrial Services Officer Assistant             TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

  1. Defendant must not use alcohol to excess and must not use or possess any narcotic or other controlled substance without a legal prescription;

  2. Defendant must participate in mental health treatment as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____
_____

_Kandis Westmore_                           2/4/2025
JUDICIAL OFFICER                             DATE