1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ABRAHAM FINE (CABN 292647)
   MOLLY PRIEDEMAN (CABN 302096)
5  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorneys
6
        1301 Clay Street, Suite 340S
7       Oakland, California 94612
        Telephone: (510) 637-3717
8       FAX: (510) 637-3724
        Abraham.fine@usdoj.gov
9       Molly.priedeman@usdoj.gov
        Lloyd.farnham@usdoj.gov
10
   Attorneys for United States of America
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          OAKLAND DIVISION
14

15
   UNITED STATES OF AMERICA,            )  Case No. 25-CR-0003-YGR
16                                      )
          Plaintiff,                    )  STIPULATION RE BRIEFING SCHEDULE ON
17                                      )  MOTION TO MODIFY FILTER PROTOCOL AND
       v.                               )  [PROPOSED] ORDER
18                                      )
19 DAVID TRUNG DUONG,                   )
                                        )
20        Defendant.                    )
                                        )
21

STIPULATION AND [PROPOSED] ORDER
25-CR-0003 YGR                                                                 1

On March 19, 2025, Defendant David Duong filed a motion to modify the government's filter protocol (Dkt. No. 49). Counsel for Defendant and the government have conferred and agree to the following briefing schedule on the pending motion:

- April 3, 2025 – Government's response due
- April 10, 2025 – Defendant's reply due
- April 24 at 10:30am – Motion hearing

**IT IS SO STIPULATED.**

PATRICK D. ROBBINS
Acting United States Attorney

Dated: March 20, 2025

\_\_\_/s/_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys


\_\_\_\_/s/_____
NEAL STEPHENS
JEFFREY SCHENK
ED SWANSON
AUGUST GUGELMANN
Counsel for Defendant David Duong

**IT IS SO ORDERED.**

Dated:

_____
YVONNE GONZALEZ ROGERS
United States District Judge