MARK GOLDROSEN
255 Kansas St Ste 340
San Francisco, CA 94103-5154
Phone: 415-565-9600 | Fax: 415-565-9601
Email: markgoldro@aol.com

SHAWN HALBERT
California SBN 179023
217 Leidesdorff Street
San Francisco, California 94111
Telephone: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorney for Defendant
ANDRE JONES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 25-CR-0003-YGR |
| Plaintiff, | |
| v. | DEFENDANT ANDRE JONES'S NOTICE OF WAIVER OF APPEARANCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 43 |
| SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG | |
| | Courtroom: Courtroom 1, 4th Floor |
| Defendant. | Judge: Hon. Yvonne Gonzalez Rogers |
| | Hearing Date: September 11, 2025 |
| | Hearing Time: 2:00 p.m. |

Defendant Andre Jones hereby files a Notice of Waiver of Appearance for the scheduled conference in this matter on September 11, 2025 at 2:00 p.m.

Mr. Jones's appearance is not required at this appearance under Federal Rule of Criminal Procedure 43; such rule requires that a defendant be present only for the initial appearance, the initial arraignment, and the plea; every trial stage; and sentencing (Fed.R.Crim.Pro. 43(a)(1)-(3)), and states that defendant's appearance is not required for a proceeding that involves only a conference or hearing

/ / /

/ / /

/ / /

/ / /

DEFENDANT ANDRE JONES'S NOTICE OF WAIVER OF APPEARANCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 43
25-CR-0003-YGR

1    on a question of law. Fed.R.Crim.Pro. 43(b)(3).

2

3    Dated: September 10, 2025                    Respectfully submitted,

4
                                                  /s/_____
5                                                 MARK GOLDROSEN
                                                  SHAWN HALBERT
6                                                 Counsel for Andre Jones

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT ANDRE JONES'S NOTICE OF WAIVER OF APPEARANCE PURSUANT TO FEDERAL RULE OF
CRIMINAL PROCEDURE 43
25-CR-0003-YGR