1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  ABRAHAM FINE (CABN 292647)
   MOLLY PRIEDEMAN (CABN 302096)
5  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorneys
6
          1301 Clay Street, Suite 340S
7         Oakland, California 94612
          Telephone: (510) 637-3717
8         FAX: (510) 637-3724
          Abraham.fine@usdoj.gov
9         Molly.priedeman@usdoj.gov
          Lloyd.farnham@usdoj.gov
10
   Attorneys for United States of America
11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                          OAKLAND DIVISION
14

15 | UNITED STATES OF AMERICA,           ) NO. CR-25-0003-YGR
                                         ) [FILED JANUARY 9, 2025]
16 |         Plaintiff,                  )
                                         )
17 |     v.                              )
                                         )
18 | SHENG THAO,                         )
   | ANDRE JONES,                        )
19 | DAVID TRUNG DUONG, and              )
   | ANDY HUNG DUONG,                    )
20 |                                     )
   |         Defendants.                 )
21 |_____    )

22
23 | UNITED STATES OF AMERICA,           ) NO. CR-25-0358-AMO
                                         ) [FILED OCTOBER 28, 2025]
24 |         Plaintiff,                  )
                                         ) NOTICE OF POTENTIALLY RELATED CASE IN
25 |     v.                              ) A CRIMINAL ACTION
                                         )
26 | BRYAN AZEVEDO,                      )
                                         )
27 |         Defendant.                  )
   |_____    )
28

NOTICE OF POTENTIALLY RELATED CASES
U.S. v. THAO et al.; U.S. v. AZEVEDO                                    v. 7/10/2018

1    The United States of America, through undersigned counsel, submits this notice pursuant to Local Criminal Rule 8-1.

2    In an Indictment returned and filed on January 9, 2025 (United States v. Sheng Thao, et al., 25-CR-0003-YGR), defendants Sheng Thao, Andre Jones, David Duong, and Andy Duong are charged with conspiracy to commit bribery in violation of 18 U.S.C. § 371; bribery concerning programs receiving federal funds in violation of 18 U.S.C. § 666(a)(1)(B) or 18 U.S.C. § 666(a)(2); conspiracy to commit honest services mail and wire fraud in violation of 18 U.S.C. § 1349; honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346; and honest services wire fraud in violation of 18 U.S.C. §§ 1343, 1346. Andy Duong was also charged with one count of making false statements to government agents in violation of 18 U.S.C. § 1001(a)(2). The Indictment alleges that leading up to the 2022 Oakland mayoral election, and following her election as mayor, Thao engaged in a corrupt relationship with her partner (Jones), and local businessmen, defendants David and Andy Duong. As part of the corrupt relationship, Thao promised to take official actions as mayor of Oakland to benefit David and Andy Duong's housing company and recycling company in exchange for various benefits to Thao and Jones. The Indictment also alleges that Andy Duong lied to FBI agents when questioned about payments to Jones.

3    In an Information filed on October 28, 2025 (United States v. Bryan Azevedo, 25-CR-0358-AMO), defendant Bryan Azevedo is charged with one count of conspiracy to commit honest services wire fraud in violation of 18 U.S.C. § 1349 and one count of making false statements to government agents in violation of 18 U.S.C. § 1001(a)(2). The Information alleges that between August of 2023 and June of 2024 Azevedo, a San Leandro City Councilperson, conspired with Co-Conspirator 1 and Co-Conspirator 2 to help their housing company obtain contracts from the City of San Leandro in exchange for payments to Azevedo. The Information also alleges that Azevedo lied to FBI and IRS-CI agents when questioned about whether he received cash from Co-Conspirator 1.

4    While the cases concern overlapping events and entities, they do not involve the same named defendants and therefore do not appear to be related within the meaning of Local Rule 8-1(b)(1). The cases may be related within the meaning of Local Rule 8-1(b)(2), as they concern overlapping events and entities. However, the government and Azevedo are close to reaching a resolution of his case and

do not expect contested pretrial litigation or a trial. Accordingly, there are unlikely to be further substantive hearings until a potential change of plea or sentencing hearing, and as result the cases may not entail substantial duplication of labor if heard by different judges within the meaning of Local Rule 8-1(b)(2). As such, the government respectfully defers to the Court as to whether these cases should be related under Local Criminal Rule 8-1.

DATED: November 4, 2025                        Respectfully submitted,

                                                CRAIG H. MISSAKIAN
                                                United States Attorney

                                                /s/
                                                ABRAHAM FINE
                                                MOLLY K. PRIEDEMAN
                                                LLOYD FARNHAM
                                                Assistant United States Attorneys