CRAIG MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 25-CR-0003-YGR |
|     Plaintiff, | UNITED STATES' OPPOSITION TO DEFENDANT DAVID DUONG'S MOTION TO TRAVEL TO VIETNAM |
|     v. | |
| DAVID TRUNG DUONG, | |
|     Defendant. | |

1  The government respectfully opposes Defendant David Duong's motion to modify his conditions of pretrial release to travel to Vietnam for the reasons the government set forth on the record during the September 22, 2025, hearing before the Honorable Kandis A. Westmore.

DATED: November 21, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

__/s/_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys