CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>    Defendants. | Case No. 25-CR-0003-YGR<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM JANUARY 28, 2026, TO FEBRUARY 4, 2026, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT THROUGH OCTOBER 19, 2026 |

At the status conference held on November 20, 2025, the Court set a trial date in the above-captioned case for October 19, 2026, with jury selection to commence the week before. The Court also set a scheduling conference for January 28, 2026, and ordered the parties to file proposed case schedules by January 14, 2026. Two of government counsel, however, are unavailable on January 28, 2026. Accordingly, all parties hereby stipulate and agree to continue the scheduling conference to February 4, 2026, at 10:00am and to file proposed case schedules by January 21, 2026.

At the November 20, 2025, status conference the Court also excluded time under the Speedy Trial Act through January 28, 2026, and requested that the parties file a written stipulation and proposed order excluding time through the trial date based on the need for effective preparation as well as the complexity of the case. Accordingly, the government and counsel for all defendants agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing significant amount of discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until October 19, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that this case is complex within the meaning of the Speedy Trial Act due to the number of defendants and the significant amount of discovery in the case. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). The parties further stipulate and agree that the ends of justice served by excluding the time from January 28, 2026, through October 19, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

**IT IS SO STIPULATED**                      CRAIG H. MISSAKIAN
                                             United States Attorney

Dated: January 12, 2026                      ____/s/_____
                                             ABRAHAM FINE
                                             MOLLY K. PRIEDEMAN
                                             LLOYD FARNHAM
                                             Assistant United States Attorneys

```
                                    ___/s/_____
                                    JEFFREY TSAI
                                    DARRYL TARVER
                                    Counsel for Defendant Sheng Thao


                                    ___/s/_____
                                    MARK GOLDROSEN
                                    SHAWN HALBERT
                                    Counsel for Defendant Andre Jones


                                    ___/s/_____
                                    ED SWANSON
                                    AUGUST GUGELMANN
                                    NEAL STEPHENS
                                    JEFFREY SCHENK
                                    Counsel for Defendant David Duong

                                    ___/s/_____
                                    WINSTON CHAN
                                    DOGULAS SPRAGUE
                                    ERIK BABCOCK
                                    Counsel for Defendant Andy Duong
```

**[PROPOSED] ORDER**

The January 28, 2026, scheduling conference is hereby continued to February 4, 2026, at 10:00am.  The parties shall file proposed case schedules by January 21, 2026.

Furthermore, based upon the facts set forth in the stipulation of the parties and the representations made to the Court on November 20, 2025, and for good cause shown, the Court finds that failing to exclude the time from January 28, 2026, through October 19, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that this case is complex within the meaning of the Speedy Trial Act due to the number of defendants and the significant amount of discovery in the case.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii).  The Court further finds that the ends of justice served by excluding the time from January 28, 2026, to October 19, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 28, 2026, through October 19, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(ii), (B)(iv).

IT IS SO ORDERED.

DATED: _____

                                                               YVONNE GONZALEZ ROGERS
                                                               United States District Judge