CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3717
    FAX: (510) 637-3724
    Abraham.fine@usdoj.gov
    Molly.priedeman@usdoj.gov
    Lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-0003-YGR |
| Plaintiff, | JOINT FILING RE PRETRIAL SCHEDULE |
| v. | |
| SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG, | |
| Defendants. | |

Pursuant to the Court's February 3, 2026, order, the parties jointly submit the following chart setting forth the parties' scheduling proposals. This chart includes only the various events and proposed dates, and the parties incorporate their respective statements made in the joint filing submitted on January 21, 2026 (Dkt. No. 158). For the benefit of the Court, the parties' respective proposals are conveyed below in two formats, first in order of event and second in order of date. The information and scheduling proposals conveyed in both charts are the same.

| Event | Defense's Proposal | Government's Proposal |
|---|---|---|
| Government Exhibit Lists and Witness Lists Due | April 17, 2026 | August 21, 2026 |
| Government Rule 16 Discovery Cutoff | May 19, 2026 | August 7, 2026 |
| Rule 404(b) and Co-Conspirator Statement Disclosures | May 19, 2026 | August 14, 2026 |
| *Brady/Giglio* Disclosure | May 19, 2026 | August 21, 2026 |
| Government Expert Disclosures | May 29, 2026 | July 14, 2026 |
| Defense Expert Disclosures | June 19, 2026 | July 28, 2026 |
| Government Rebuttal Expert Disclosures | July 17, 2026 | August 21, 2026 |
| Filing of Proposed Additions to Standard Survey Monkey Questions | July 24, 2026 | August 21, 2026 |
| Jencks Disclosures and AEO | August 14, 2026 | August 14, 2026 |
| Exchange of Motions in Limine per Court's Criminal Standing Order | N/A | August 28, 2026 |
| File Motions in Limine | August 14, 2026 | N/A |
| File Daubert Motions | August 14, 2026 | August 28, 2026 |
| Exchange Oppositions for Motions in Limine per Court's Criminal Standing Order | N/A | September 11, 2026 |
| File Oppositions for Motions in Limine | September 4, 2026 | N/A |
| File Oppositions to Daubert Motions | September 4, 2026 | September 11, 2026 |

| Event | Defense's Proposal | Government's Proposal |
|---|---|---|
| File Unresolved Motions in Limine and Oppositions to Motions in Limine per Court's Criminal Standing Order | N/A | September 18, 2026 |
| Reply filings for Motions in Limine and Daubert motions | September 11, 2026 | N/A |
| File Replies re Daubert Motions | September 11, 2026 | N/A |
| Joint Pretrial Conference Statement; Verdict Form; Trial Memorandum; Jury Instructions Due | September 15, 2026 | September 18, 2026 |
| Defense Rule 16 Discovery Cutoff | September 18, 2026 | September 18, 2026 |
| Pretrial Conference; Hearing on MILs/Daubert Motions | September 25, 2026 | September 25, 2026 |
| Second Pretrial Conference | October 6, 2026 | N/A |
| Jury Selection | October 13, 2026 | October 13, 2026 |
| Trial Begins | October 19, 2026 | October 19, 2026 |

| Date | Defense's Proposal | Government's Proposal |
|---|---|---|
| April 17, 2026 | • Government exhibit and witness lists | |
| May 19, 2026 | • Government Rule 16 discovery cutoff<br>• Rule 404(b) disclosures<br>• Co-conspirator statement disclosures<br>• *Brady*/*Giglio* disclosures | |
| May 29, 2026 | • Government expert disclosures | |
| June 19, 2026 | • Defense expert disclosures | |
| July 14, 2026 | | • Government expert disclosures |
| July 17, 2026 | • Government rebuttal expert disclosures | |
| July 24, 2026 | • Proposed Additions to Standard Survey Monkey Questions | |
| July 28, 2026 | | • Defense expert disclosures |

| Date | | |
|---|---|---|
| August 7, 2026 | | • Government Rule 16 discovery cutoff |
| August 14, 2026 | • Jencks disclosures and AEO<br>• Motions in limine<br>• *Daubert* motions | • Jencks disclosures and AEO<br>• Rule 404(b) disclosures<br>• Co-conspirator statement disclosures |
| August 21, 2026 | | • Government exhibit and witness lists<br>• *Brady*/*Giglio* disclosures<br>• Government rebuttal expert disclosures<br>• Proposed additions to standard Survey Monkey questions |
| August 28, 2026 | | • Exchange of motions in limine per Court's criminal standing order<br>• *Daubert* motions |
| September 4, 2026 | • Oppositions to motions in limine<br>• Oppositions to *Daubert* motions | |
| September 11, 2026 | • Replies re motions in limine<br>• Replies re *Daubert* motions | • Exchange oppositions to motions in limine per Court's criminal standing order<br>• Oppositions to *Daubert* motions |
| September 15, 2026 | • Joint pretrial conference statement<br>• Verdict form<br>• Trial memorandum<br>• Jury instructions | |
| September 18, 2026 | • Defense Rule 16 discovery cutoff | • Defense Rule 16 discovery cutoff<br>• File unresolved motions in limine and oppositions to motions in limine per Court's criminal standing order<br>• Joint pretrial conference statement<br>• Verdict form<br>• Trial memorandum<br>• Jury instructions |
| September 25, 2026 | • Pretrial conference<br>• Hearing on MILs/*Daubert* | • Pretrial conference<br>• Hearing on MILs/*Daubert* |

| | motions | motions |
|---|---|---|
| October 6, 2026 | • Second pretrial conference | |
| October 13, 2026 | • Jury selection | • Jury selection |
| October 19, 2026 | • Trial begins | • Trial begins |

Dated: February 4, 2026

CRAIG H. MISSAKIAN
United States Attorney

\_\_\_/s/_____
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys


\_\_\_/s/_____
JEFFREY TSAI
DARRYL TARVER
Counsel for Defendant Sheng Thao


\_\_\_/s/_____
MARK GOLDROSEN
SHAWN HALBERT
Counsel for Defendant Andre Jones


\_\_\_/s/_____
ED SWANSON
AUGUST GUGELMANN
NEAL STEPHENS
JEFFREY SCHENK
Counsel for Defendant David Duong

\_\_\_/s/_____
WINSTON CHAN
DOUGLAS SPRAGUE
ERIK BABCOCK
Counsel for Defendant Andy Duong