EXHIBIT B – FILED UNDER SEAL*


*Exhibit A was to Dkts. 140 (under seal) and 141 (publicly filed).