EXHIBIT B

MARK GOLDROSEN (CSBN 101731)
255 Kansas Street, Ste 340
San Francisco, CA 94103-5154
Tel: 415-565-9600 | Fax: 415-565-9601
Email: markgoldro@aol.com

SHAWN HALBERT  (CSBN 179023)
217 Leidesdorff Street
San Francisco, California 94111
Tel: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorneys for Defendant ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 25-cr-0003 YGR |
| Plaintiff | ) |
| vs. | ) |
| ANDRE JONES, | ) |
| Defendant. | ) |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBIT B to the DECLARATION OF MARK GOLDROSEN.

This filing is physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s): the exhibit is in physical form only.

DECLARATION IN SUPPORT OF JONES'S MOTION FOR SEVERANCE FROM CO-DEFENDANTS ANDY DUONG AND DAVID DUONG
Case No. 25-CR-0003 YGR                    1