MARK GOLDROSEN
255 Kansas St Ste 340
San Francisco, CA 94103-5154
Phone: 415-565-9600 | Fax: 415-565-9601
Email: markgoldro@aol.com

SHAWN HALBERT
California SBN 179023
217 Leidesdorff Street
San Francisco, California 94111
Telephone: (415) 515-1570
Email: shawn@shawnhalbertlaw.com

Attorney for Defendant
ANDRE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO, ANDRE JONES, DAVID TRUNG DUONG, and ANDY HUNG DUONG<br><br>Defendant. | CASE NO. 25-CR-0003-YGR<br><br>**DEFENDANT ANDRE JONES'S JOINDER IN DEFENDANTS' MOTION TO DISMISS REGARDING *NAPUE* VIOLATIONS AND SUBMISSION OF ADDITIONAL VIOLATIONS**<br><br>Courtroom: Courtroom 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers |

I, Shawn Halbert, declare as follows:

1. I am co-counsel for Andre Jones in the above-referenced case.
2. In discovery, the government produced cell site data for cell phones for all defendants as well as Mario Juarez. The government's expert created charts for certain key dates in the case where there were alleged to be meetings and where any of the relevant parties were shown to be at approximately the same location at the same time. Attached as Exhibit 1 to this Declaration is OAK-498527, pp 1-5, 20 (page 20 is the sixth page of the exhibit): The government expert's own cell site charts showed David Duong and Andre Jones together at CWS on November 29, 2023, and did *not* show Mario Juarez to be anywhere near the relevant location (CWS's offices) on

November 29, 2023. *Id.* An associate attorney assisted undersigned counsel by running Juarez's and Jones's cell site data through "Harvey," and it appears that there were no overlapping cell site locations on November 29, 2023, with the closest locations between the two between November 28, 2023 and November 30, 2023 being that they were 1.5 kilometers apart on November 30, 2023. (Ex. 1725 and OAK-0092311 for Juarez's two phones; Ex. 1650 for Jones.) This is consistent with the fact that the government did not produce any charts placing Jones and Juarez in the same location at the same time on or around November 29, 2023.

3. I have not located any email evidence in discovery between Juarez and Jones during this time period that could relate to setting up a meeting on November 29, 2023.

4. I have reviewed the FBI 302s that document the government's prior interviews and contacts with Juarez. On June 6, 2024, Juarez told the government that "[t]he check dated 11/29/2023 for $35,000 was a check Juarez picked up from Kristina then gave to Jones," and on July 19, 2024, Juarez claimed that "Juarez gave the November 2023 check to Jones at the Peet's in Oakland, which is where Juarez gave all the checks to Jones."

5. The government was aware that there were no texts or other communications between Kristina Duong and Juarez coordinating a meeting on or around November 29, 2023 for Juarez to pick up a check. *See, e.g.* Ex. 704 at 57-58, attached hereto as Exhibit 2. Based on my review of the evidence, I also believe that the government possesses cell site data that contradicts Juarez's claim based on the government's discovery production.

6. The defense has not been able to confirm any of Juarez's statements that he repaid Johnson $15,000 and that in so doing, he "settled" anything with Johnson. We have reviewed Juarez's financial records in order to located any such payment to Johnson and have not found one. Further, the investigator on Andre Jones's team reviewed the official court record of the relevant state court case and has not found any reference to Juarez paying Johnson $15,000 or any amount.

7. The government appears to have gone out of its way to avoid any reference in its **twenty-five (25)** interviews and contacts it has had with Samari Johnson between March 10, 2023 and November 12, 2026. I have reviewed all twenty-five interviews and reports of contact with

Johnson, and none references Johnson getting a payment from Juarez or states what Johnson is owed by Juarez. The only reference to any potential settlement is in a January 10, 2025 FBI-302 in which Johnson contacted the FBI and told them that there had been a $15,000 proposal conveyed by the District Attorney's Office from Juarez's attorney, and that Johnson was unsure of whether to accept it: "Johnson is unsure if he should accept the 15,000 dollars. Johnson could badly use the money right now, but the issue is about more than the money to Johnson. The case is also about Johnson's pride and dignity, and Johnson wants there to be accountability." Exhibit 3 at pp. 1. A 302 prepared the next month indicates that the District Attorney's Office had moved to dismiss the case and does not reference any payment to Johnson. Exhibit 4. There is no reference to a $15,000 or $25,000 repayment to Samari Johnson in any of the 302s that span 2023 to 2026. In February 2025, Johnson confided in Agents Haunold and Barclay how upset he was that the District Attorney's Office was dismissing the case against Juarez; when asked where he could report misconduct by the Alameda County District Attorney's Office, the agents told him that they were "not familiar with the possible reporting options, but state and local governments/agencies often have internal affairs divisions that may take citizen complaints of misconduct; Johnson was advised to start by reviewing the ACDA website and State of California Government websites to find more information." *Id.* At that time, Juarez was cooperating with the government and the agents speaking to Johnson. Johnson was never advised by agents that Juarez could be liable in federal court for the false checks he wrote to the U.S. Postal Service and gave to Johnson, a crime with which Juarez was never charged in federal court.

8. On October 5, 2026, Johnson spoke to Agent Haunold and told him that he "had questions relating to topics such as victim statements or **restitution**." Exhibit 5 (emphasis added). Agent Haunold described his response to Johnson as follows: "Johnson was informed that SA Haunold could not answer all his questions at this time, but that his questions seemingly pertained to potential proceedings that could occur after trial. Johnson was informed an FBI victim specialist could contact Johnson following completion of trial and inform him of any additional proceedings **dependant (sic) on outcomes at trial.**" *Id.* (emphasis added). Johnson contacted

the FBI on November 11, 2026 to tell them that he had been contacted by a defense investigator; Agents Haunold and Barclay spoke to Johnson the following day; Johnson told them that a defense investigator wanted to ask him the following: "One question they had was whether Juarez paid Johnson $25,000. They also wanted to know if the checks Juarez wrote Johnson were written to Johnson or to the United States Postal Service (USPS), and they asked how much money Juarez wired to Johnson. Another question was whether Johnson paid out of pocket to get his USPS permit out of debt." Exhibit 6.

9. I have reviewed the Federal Bureau of Investigation FD-302 reports produced by the government documenting government communications with Mr. Juarez between May 5, 2024 and October 25, 2026. These reports record material statements made by Mr. Juarez. The reports do not include any statements suggesting Juarez previously disclosed to the government prior to his testimony at trial that:

   a. Juarez had received polls provided by Andreas Cluver showing that Thao was trailing her opponent by 11 percentage points. Nor did I see any reference to any statement that Juarez knew or believed that Thao was trailing by 11% when he went to see Thao in October 2022;

   b. that at any time either Sheng Thao and/or Andre Jones said that they wanted to be millionaires; or

   c. that Sheng Thao lobbied Oakland City Council members Carroll Fife and Nikki Fortunato Bas to buy Evolutionary Homes.

I submit under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: November 23, 2026

/s/
SHAWN HALBERT
Counsel for Andre Jones