# FBI CELLULAR ANALYSIS SURVEY TEAM

SA Alexandra Bryant

FBI San Francisco

| | | |
|---|---|---|
| 510-944-7744 | Mario Juarez | T-Mobile |
| 510-821-6699 | Mario Juarez | T-Mobile |
| 510-289-0110 | Andy Duong | T-Mobile |
| 510-708-0100 | Andy Duong | AT&T |
| 510-715-2203 | David Duong | AT&T |
| 510-701-8201 | Sheng Thao | AT&T |
| 510-735-5075 | Andre Jones | AT&T |

May 27, 2026

## 1. Background

The Federal Bureau of Investigation (FBI) Cellular Analysis Survey Team (CAST) was requested by the Northern District of California United States Attorney's Office to analyze cell phone records for seven phones (the "target cell phones") belonging to Sheng Thao, Andre Jones, Andy Duong, David Duong, and Mario Juarez.

## 2. Methodology

An analysis was performed on the call detail records obtained for the target cell phone(s). The call detail records documented the network interaction to and from the target cell phone(s). Additionally, the records documented the cell tower and cell sector ("cell site") which served the cell phone(s) during this activity. Used in conjunction, the call detail records and a list of cell site locations illustrate an approximate location of the target cell phone(s) when it/they initiated contact with the network.

### 2.1 Cell Site Locations

Cell sites in existence during the time of the incident were input into mapping software using latitude/longitude coordinates of the cell sites provided by the service providers. The cell sites associated with the target cell phone(s) were located utilizing the mapping software and the plotted cell site data.

## 3. Conclusions

A historical cell site analysis was performed on the call detail records for the target cell phone(s). The methods detailed in Sections 2 and 2.1 were used to produce the attached historical cell site analysis maps.

# Sector Orientations

EXAMPLE ONLY

EACH CELL SITE ORIENTATION CAN VARY



- Typical towers are configured with 3 sectors
- The center of each sector is identified by an azimuth
- Unless otherwise noted, each sector covers approximately 120°




Intellectual property of the FBI Cellular Analysis Survey Team, reproduction in whole or in part is prohibited.

# Sector Illustration

EXAMPLE ONLY

EACH CELL SITE ORIENTATION CAN VARY




- Active sectors are displayed as a wedge with a shaded arc
- The shaded arc solely indicates the general direction of the radio frequency signal
- The sector orientation can vary by cell site and service provider

- When displayed on a map, a sector illustration shows the general area of coverage as it relates to a specific geographic area and indicates incoming or outgoing activity
- Neighboring cell sites aid in the estimation of coverage areas for each respective sector
- All maps are oriented to true north




Intellectual property of the FBI Cellular Analysis Survey Team, reproduction in whole or in part is prohibited.

# Timing Advance Illustration




- Timing advance (AT&T) Real Time Tool (RTT) (Verizon), or TrueCall (T-Mobile and U.S. Cellular)
- A roundtrip network measurement from tower to device and back referred to as a Round Trip Time (RTT)
- The device will generally be located within the shaded arc but may be located outside the shaded arc
- Not based on the tower with the strongest, clearest signal
- Measurements can occur outside the usable coverage area for voice, text message, and data activity

- When displayed on a map, a timing advance illustration shows the calculated distance of a mobile device from the cell site based upon a Round Trip Time (RTT) measurement taken during a call, text message, data session, or other network event
- Neighboring cell sites do not have any impact on the calculated distance of the mobile device from the displayed cell site




**Intellectual property of the FBI Cellular Analysis Survey Team, reproduction in whole or in part is prohibited.**


1211 Embarcadero
Oakland, CA 94606
AT&T Cell Towers
510-735-5075 Andre Jones
510-715-2203 David Duong
AT&T Towers: 668623-10, 668623-187
David Duong:
4:02:28 PM; Incoming Call; VM
4:37:04 PM; Incoming Call;
4:46:20 PM; Incoming SMS;
4:49:24 PM; Outgoing Call;
4:55:45 PM; Incoming Call;
4:57:38 PM; Outgoing Call;
AT&T Tower: 669935-9, 660011-16
Andre Jones Phone:
4:03:46 PM; Timing Advance; 0.63 mi;
4:57:45 PM; Outgoing SMS;
David Duong:
4:53:55 PM; Incoming Call;
4:54:18 PM; Outgoing Call;
4:54:37 PM; Incoming Call;
11/29/2023 4:02 PM – 4:57 PM
20