# CLOUD APPLE IMESSAGES (WARRANT RETURN)

| | |
|---|---|
| **CHAT PARTICIPANTS** | |
| Number of participants | 3 |
| Display names | +15107720162<br>+15108216699<br>+15109447744 |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 447 |
| First message sent date/time | 1/7/2015 12:07:28.000 PM |
| Last message sent date/time | 2/9/2024 6:13:39.000 PM |
| Case time zone | (UTC-08:00) Pacific Time (US & Canada) |

↙ Received

**+15107720162**

1/7/2015 12:07:28.000 PM

Got my email?

↔ Unknown direction
1/16/2015 12:14:07.000 PM

You around today?

↙ Received

**+15107720162**

1/16/2015 1:37:01.000 PM

Yes

↙ Received

↔ Unknown direction
11/6/2023 1:02:03.000 PM

Kris I need your help getting the reimbursement

↔ Unknown direction
11/6/2023 1:02:09.000 PM

I know you can make it happen

↔ Unknown direction
11/6/2023 1:02:19.000 PM

Please try and help

↔ Unknown direction
11/6/2023 1:02:25.000 PM

Will owe you one big one

↔ Unknown direction
11/7/2023 10:19:50.000 AM

https://alamedasun.com/news/county-board-declares-homelessness-emergency

↔ Unknown direction
11/7/2023 10:51:01.000 AM

"Another remarkable achievement for the people of Alameda, especially for the 35% who are women and children enduring the harsh reality of homelessness. It's a moment of deep reflection as we must recognize the humanitarian crisis on our streets as the true emergency it is. My heartfelt congratulations to Nate Miley for spearheading this groundbreaking initiative, poised to cut through red tape and provide a lifeline to our neighbors in dire need. Let's not forget our own blessings and empathize with those who lack the basic shelter we often take for granted. Oakland paved the way, and San Leandro is next, with many other cities eager to join this expedited effort. We can no longer tolerate excuses grounded in bureaucratic processes, especially when those in power have homes, food, and security. I urge all elected officials to be inspired by these leaders and act swiftly to resolve this crisis. It brings me immense pride to share that our company, Evolutionary Homes, is actively contributing to this vital mission,

making a heartfelt difference in our community."

↔ Unknown direction
12/1/2023 10:08:53.000 AM

Hey KD - did you by any chance keep my signature page amongst the paper from our last meeting on Tuesday ?

↙ Received

**+15107720162**

12/1/2023 10:09:30.000 AM

I came in late didn't see you hand out anything

↔ Unknown direction
12/1/2023 10:18:07.000 AM

Actually just found it

↔ Unknown direction
12/1/2023 10:18:18.000 AM

I left it at Suite A

↔ Unknown direction
12/1/2023 10:18:29.000 AM

Thank you for singing it

↔ Unknown direction
12/1/2023 10:27:38.000 AM

Can you hubby bid the work

↔ Unknown direction
12/1/2023 10:27:42.000 AM

For suite A