CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER




by the DA's office. Kate said there were some emails sent internally at the DA's office that discuss insufficient evidence against Juarez. Kate said she gave those emails to Juarez's attorney. Johnson asked Kate to show him the emails but she refused. Johnson looked up the case file in the court system and printed out email communications he believed Kate spoke of. [Agent Note: SA Barclay made a copy of the documents Johnson showed to agents, which will be retained in the 1A portion of this file.]

Kate asked Johnson what amount of money Johnson would be willing to accept to settle the case. Kate proposed 5,000 dollars and asked if that was enough. Johnson said that was nowhere near enough because the bad checks from Juarez were worth almost 60,000 dollars. About a week later Kate called Johnson and informed him Juarez's defense attorneys are offering 15,000 dollars to settle the case.

Johnson is unsure if he should accept the 15,000 dollars. Johnson could badly use the money right now, but the issue is about more than the money to Johnson. The case is also about Johnson's pride and dignity, and Johnson wants there to be accountability.

When Johnson last spoke with the most recently assigned Deputy District Attorney (DDA), they told Johnson that the info Johnson provides will be disclosed to the defendant, which was alarming to Johnson. Johnson was concerned that the DDA would give over information from Johnson to Juarez.

[Agent note: Johnson asked the interviewing Agents if it was wrong for the ADA to give Johnson's information to the defendant. Johnson also asked for Agents' opinion on whether he should accept the settlement deal. Agents informed Johnson they could not provide legal advice or speak to what is happening with the state case. Johnson was generally informed of discovery obligations.]

One of Johnson's mothers Waste Management curbside collection bins recently disappeared on collection day. Since this incident involved waste collection services Johnson wished to report it in case it was relevant.



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER