FD-302 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 02/24/2025

On February 10, 2025 Samari Johnson (Johnson), previously interviewed, emailed Special Agent Duncan Haunold requesting a return call. On February 11, 2025, Johnson was interviewed telephonically at [redacted] Johnson was aware of the identity of the interviewing agents from previously interactions. Johnson provided the following information:

The Alameda County District Attorney's Office (ACDA) recently moved to dismiss the case against Mario Juarez. Johnson expressed opposition to the court for this decision as a victim in the case. The judge continued the case to be reviewed by the incoming DA.

It did not make sense to Johnson why the ACDA would dismiss the case. The case is straightforward and there should be sufficient evidence. Johnson is concerned there is corruption occurring at the ACDA because their decisions don't make sense. Johnson thought the ACDA is being deferential to Juarez's attorney. Johnson wanted to report the unusual actions by the ACDA for possible corruption.

Johnson asked the interviewing agents where else he should or could report possible misconduct by the ACDA. Johnson was advised the interviewing agents are not familiar with the possible reporting options, but state and local governments/agencies often have internal affairs divisions that may take citizen complaints of misconduct. Johnson was advised to start by reviewing the ACDA website and State of California Government websites to find more information.

Investigation on 02/11/2025 at Oakland, California, United States (Phone)

File # 194B-SF-3726277 Date drafted 02/11/2025

by HAUNOLD DUNCAN, Katherine Barclay

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.