FD-1057 (Rev. 5-8-10)

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

## Electronic Communication

**Title:** (U) Notification to Samari Johnson for Availability as potential Defense witness

**Date:** 10/05/2026

**From:** SAN FRANCISCO
SF-C6
**Contact:** HAUNOLD DUNCAN, 771-225-1066

**Approved By:** SSA Ethan A. Quinn

**Drafted By:** HAUNOLD DUNCAN

**Case ID #:** 194B-SF-3726277

**Synopsis:** (U) To document telephonic contact with Samari Johnson regarding the criminal trial United States v. Sheng Thao, et. al.

**Details:**

On 10/2/2026, SA Duncan Haunold contacted Samari Johnson telephonically to notify him to be available should the defense call Johnson as a witness during the upcoming criminal trial - United States v. Sheng Thao, et. al.

SA Haunold informed Johnson about logistic aspects of trial such as timing and general procedural order of events. Johnson was informed of the current trial start date and estimated length of trial during which he should be available. Johnson was informed that should the prosecution call Johnson as a trial witness the FBI would notify him in advance.

Johnson had questions relating to topics such as victim statements or restitution. Johnson was informed that SA Haunold could not answer all his questions at this time, but that his questions seemingly pertained to potential proceedings that could occur after trial.

Johnson was informed an FBI victim specialist could contact Johnson following completion of trial and inform him of any additional proceedings dependant on outcomes at trial.

UNCLASSIFIED

Title: (U) Notification to Samari Johnson for Availability as potential Defense witness
Re: 194B-SF-3726277, 10/05/2026

♦♦