FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

Date of entry 11/12/2026

On 11/11/2026, Samari Johnson texted Special Agent (SA) Duncan Haunold requesting a return call. SA Haunold responded arranging availability for a call the following day.

On 11/12/2026, SA Haunold and SA Katherine Barclay called Johnson and Johnson provided the following information:

Last week Johnson received a call from some media outlet. Johnson did not responds to the media inquires he received.

Yesterday Johnson received a call from and spoke to Keith McArthur. McArthur said he was working with Mark Goldrosen and Shawn Halbert, who represent Andre Jones. McArthur had about five or six questions he wanted to ask Johnson. McArthur told Johnson the questions he intended to ask, but Johnson was unsure whether he wanted to answer questions or whether he had to do so. Johnson did not answer any of the questions at the time. Johnson told them he would think about it and get back to them.

[Agent note: Johnson was advised that answering questions by the defense was voluntary and he was free to do so if he wished, but that he was not obligated to do so. Johnson was reminded if he was called to testify by any party in the case he would be obligated to testify at trial.]

Johnson recalled a few of the questions they said they had for him. Mostly they asked about Mario Juarez. One question they had was whether Juarez paid Johnson $25,000. They also wanted to know if the checks Juarez wrote Johnson were written to Johnson or to the United States Postal Service (USPS), and they asked how much money Juarez wired to Johnson. Another question was whether Johnson paid out of pocket to get his USPS permit out of debt.

Johnson was re-contacted by McArthur twice yesterday and twice today. Johnson has not responded yet but did not think he would answer their questions.

Johnson does not have any travel planned and will remain local in early

Investigation on 11/12/2026 at Oakland, California, United States (Phone)

File # 194B-SF-3726277 Date drafted 11/12/2026

by HAUNOLD DUNCAN, Katherine Barclay

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

December. Johnson does have a few medical appointments during the remainder of November and in December. Johnson could possibly re-schedule some of those if needed.